IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CAO LIGHTING, INC.,          ) | |
|                  ) | |
|        Plaintiff,   ) | |
|                  ) | 1:21-cv-00634 |
|       v.              ) | |
|                  ) | |
| CREE, INC. et al,        ) | |
|                  ) | |
|       Defendants.   ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

This matter is before the Court on the parties Joint Status Report that was filed October 21, 2025. (ECF No. 39).

Based on the representations to the Court and for good cause shown, IT IS HEREBY ORDERED that the Stay that was ordered by the Court on November 30, 2022, and continued on February 6, 2025, remain in place.

IT IS FURTHER ORDERED that the parties shall provide a further joint status report within thirty (30) days of the conclusion of the appeal process before the Federal Circuit. This status report should address whether CAO Lighting intends to pursue claims for infringement of at least claim 41 of the '961 patent and claim 41 of the '770 patent.

This the 27th day of January, 2026.


                 *David A. Bragdon*              
                 UNITED STATES DISTRICT JUDGE